UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS, | No. 2:21-cv-00342 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| ROY HELSING and TERRANCE PARK HOA INC., | |
| Defendants. | |

     Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

     On March 26, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. Plaintiff has filed objections to the findings and recommendations. ECF Nos. 4, 5.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 26, 2021, are adopted in full;

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED but the complaint (ECF No. 1) is DISMISSED with prejudice because it fails to state a claim upon which relief can be granted and because it brings claims against immune defendants; and

3. The clerk of court is directed to close this case.

DATED: April 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE